Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.   CR06-294MJP |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING TRIAL DATE AND MOTIONS DUE DATE |
| CHRISTOPHER SHAUN WEBB, ) | |
| Defendant. ) | |

Upon consideration of the Stipulated Motion for Continuance of Trial Date, the Court finds that pursuant to Title 18, United States Code, Section 3161(h)(8)(A), the ends of justice served by continuing the trial date to January 22, 2007, outweigh the best interests of the public and the defendant in a speedy trial, in that, as set forth in the Stipulated Motion for Continuance of Trial Date, it has been demonstrated, as required by 18 U.S.C. § 3161(h)(8)(B)(iv), that failure to grant the motion would deny counsel for the defense the reasonable time necessary for effective representation, taking into account the exercise of due diligence.

WHEREFORE IT IS ORDERED that trial in this matter is continued until January 22, 2007, and the due date for motions is continued to December 14, 2006.

//

//

//

ORDER CONTINUING TRIAL - 1
U.S. v. Webb/CR06-294MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970) 553-7970

1  IT IS FURTHER ORDERED that, for the purpose of computing the time limitations
2  imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174, the period of delay from the filing
3  date of the motion to continue trial date, up to and including the new trial date of
4  <u>January 22, 2007</u>, is excludable time, pursuant to 18 U.S.C. § 3161(h)(8)(A).
5  DATED this 17th day of October, 2006.

/S/Marsha J. Pechman
MARSHA J. PECHMAN
United States District Judge

Presented by:

s/ *William H. Redkey, Jr.*
WILLIAM H. REDKEY, JR.
Assistant United States Attorney
WA Bar #7734
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:   (206) 553-1206
Fax:             (206) 553-4986
E-mail:  William.Redkey@usdoj.gov

s/ Per Telephonic Approval
ROBERT H. GOMBINER
Attorney for Christopher Shaun Webb

ORDER CONTINUING TRIAL - 2
U.S. v. Webb/CR06-294MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970) 553-7970